567 A.2d 1042

**Carl A. CALLENBACH**

v.

**Beverly CALLENBACH, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 14, 1989.

Decided Jan. 5, 1990.

Laurie L. Williams, Hummelstown, for appellant.

424

Kevin J. Frederick, Delano Lantz, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.